UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                              Chapter 11

BLAKE'S DOUBLE D, INC.,             Case No.: 8:10-bk-

_____Debtor._____/

## APPLICATION TO EMPLOY ATTORNEY

THIS APPLICATION of the BLAKES DOUBLE D, INC., (the "Debtor" or "Applicant"), respectfully represents:

1. Debtor wishes to employ the law firm of BUDDY D. FORD, P.A. Said attorneys are duly admitted to practice in this Court.

2. Your Applicant has selected the law firm of BUDDY D. FORD, P.A., for the reason that they have considerable experience in matters of this character, and believe that BUDDY D. FORD, P.A. is well qualified to represent the Debtor-in-Possession in this proceeding.

3. The professional services of the law firm of BUDDY D. FORD, P.A., are to render are:

    a. To give the Debtor legal advice with respect to its powers and duties as Debtor and as Debtor-in Possession in the continued operation of its business and management of its property; if appropriate;

    b. To prepare, on the behalf of your Applicant, necessary applications, answers, orders, reports, complaints, and other legal papers and appear at hearings thereon; and

    c. To perform all other legal services for Debtor as Debtor-in-Possession which may be necessary herein, and it is necessary for Debtor as Debtor-in-

1

Possession to employ this attorney for such professional services.

4. To the best of the Debtor's knowledge, BUDDY D. FORD, P.A. has no connection with the Debtor, the creditors, or any other party in interest, or any party in interest, or their respective attorneys.

5. Your Applicant desires to employ BUDDY D. FORD, P.A. under a general retainer agreement with a $20,000.00, non-refundable fee retainer and $1,039.00 filing fee/cost retainer. BUDDY D. FORD, P.A. will charge $300.00 per hour to be paid only upon proper application and authorization by this Court, the charges to be first applied against the retainer.

6. BUDDY D. FORD, P.A. represents no interest adverse to Debtor as Debtor-in-Possession or the estate in the matters upon which it is to be engaged for Debtor as Debtor-in-Possession, and it's employment would be in the best interests of this estate.

7. No Trustee has been appointed herein.

**WHEREFORE**, BLAKES DOUBLE D, INC., the Debtor/Applicant prays that it be authorized to employ and appoint BUDDY D. FORD, P.A. under a general retainer, to represent it as Debtor-in-Possession in this proceeding under Chapter 11 of said Bankruptcy Code; and that it have such other and further relief as is just.

DATED on this _____ day of August, 2010.

BLAKES DOUBLE D, INC.

_____
Suzanne Ferry, Vice-President

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of August, 2010, a true and correct copy of the foregoing was sent by ■ CM/ECF Electronic Mail to:

United States Trustee - TPA USTPRegion21.TP.ECF@USDOJ.GOV;

and by ■ Regular U.S. Mail to:

Blake's Double D, Inc., 3080-34TH Street N., St. Petersburg, FL 33713.

Respectfully submitted,

BUDDY D. FORD, P.A.,

_____
Buddy D. Ford, Esquire (FBN: 0654711)
Email: *Buddy@tampaesq.com*
Barbara C. Leon, Esquire (FBN: 0582115)
Email: *Barbara@tampaesq.com*
Jonathan A. Semach, Esquire (FBN: 0060071)
Email: *Jonathan@tampaesq.com*
115 North MacDill Avenue
Tampa, Florida 33609-1521
Telephone #: (813) 877-4669
Facsimile #: (813) 877-5543
Office Email: *Nancy@tampaesq.com*
Attorney for Debtor